IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES D. MCDONALD ORGANIZATION** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | **MISCELLANEOUS** |
| **HOUSEHOLD RETAIL SERVICE BANK** | : | **NO. 02-142** |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 11th day of June, 2002, upon consideration of the submission of plaintiff, James D. McDonald Organization, relating to extension of credit by defendant, Household Retail Service Bank, and the Court being unable to determine from the submission the nature of the claim, **IT IS ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to the right of plaintiff, Donald D. McDonald Organization, to file an appropriate action which complies in all respects with applicable law.

**IT IS FURTHER ORDERED** that the action shall be **MARKED CLOSED** for **STATISTICAL PURPOSES.**

BY THE COURT:

_____
**JAN E. DUBOIS, J.**